| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Tegan Rodkey, Esq<br>E: tegan@pricelawgroup.com<br>Price Law Group APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91310<br>T: (818) 600-5526 | |
| ATTORNEY(S) FOR:  Plaintiff | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Nicholas Jeffers | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:23-cv-05789-ODW-PVC |
| v. | |
| Arcon Credit Solutions LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Nicholas Jeffers_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nicholas Jeffers | Plaintiff |
| Arcon Credit Solutions LLC | Defendant |

| 07/25/2023 | /s/ Tegan Rodkey |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Nicholas Jeffers