1  PRICE LAW GROUP APC
2  TEGAN RODKEY (SBN #275830)
   6345 Balboa Blvd, Suite 247
   Encino, CA 91310
3  Telephone:   818.600.5526
4  Email: tegan@pricelawgroup.com

5  Attorneys for Plaintiff
   Nicholas Jeffers

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| NICHOLAS JEFFERS, | Case No.: 2:23-CV-05789-ODW-PVC |
|---|---|
| Plaintiff, | |
| v. | Joint Notice of Settlement |
| ARCON CREDIT SOLUTIONS, LLC, | |
| Defendant. | |

Plaintiff NICHOLAS JEFFERS and Defendant ARCON CREDIT SOLUTIONS LLC, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around December 8, 2023. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Plaintiff will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

| | |
|---|---|
| Dated:  November 8, 2023. | PRICE LAW GROUP, LLP |
| | By: /s/ *Tegan Rodkey, Esq.* |
| | Tegan Rodkey, Esq. |
| | Attorney for Plaintiff<br>NICHOLAS JEFFERS |
| Dated:  November 8, 2023. | BASSFORD REMELE, P.A. |
| | By: /s/ *Bryce D. Riddle* |
| | Bryce D. Riddle |
| | Attorney for Defendant<br>ARCON CREDIT SOLUTIONS, LLC |

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Bryce D. Riddle.

*/s/ Tegan Rodkey, Esq.*

4862-7527-4378, v. 1